Notice of Motion, Response:

To Whom it may Concern:

We are Writing this Motion to Cancel the Dismissal of our Chapter 13.
We don't want to lose our House. The reason we got Behind on the Payment Schedule was due to Wife becoming more ill Due to suffering from Myotonic Muscular Dystrophy which is a Crippling and Disabling Disease which there is currently no Cure and My wife will eventually Scumble(Death) from this Terrible Disease. I am currently the Sole Caregiver for my Wife. I was concentrating on taking my Wife to Doctors Visits I ended up putting the Bills on the back Burner so to say due to worrying my Wifes Current Health and Well Being.

As you can See I was current til Around Oct-2024. My Payments should to be up to Date with the Feb Payment will be paid during This month. As of this time I am making a Point to stay on Track each month due to I am going to put on AutoPay on the TFS Website to Take it out twice a month.

I hope the Court Reconsiders our Appeal.
Thank You
Michael D. Howard/Joanna G Howard

*/s/ Michael D. Howard/*

Bankruptcy #: 23-12779-AMC

FEB 3 2025