### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
**Michael Howard and** :
**Joanna Howard** :
    Debtors : NO. 23-12779 djb

### O R D E R

AND NOW, this _____ day of _____ ,2024, upon the Debtors' Motion to Modify and Abate the Chapter 13 Plan post confirmation;

AND upon the Debtors' certification that all parties in interest were served with the motion and there are no objections thereto and with the consent of the Chapter 13 Trustee,

IT is hereby Ordered that Debtors' Motion to Modify and Abate the Chapter 13 plan is hereby Granted.

.

                                                    BY THE COURT:

                                                    _____
                                                                  J.