UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    MICHAEL DAVID HOWARD<br>    JOANNA GRACE HOWARD<br><br>    Debtors | Chapter 13<br><br>Bankruptcy No. 23-12779-DJB |

<u>ORDER</u>

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to determine actions to be taken, if any, with respect to attorney's fees previously awarded to counsel.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Honorable Chief Judge Derek J. Baker
Bankruptcy Judge